1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
3  428 J Street, Suite 354
   Sacramento, CA 95814
4  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
5  hhgable@gmail.com

6
   Attorney for Defendant
7  JESUS BRUCE

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:11-cr-00275 JAM |
| Plaintiff, | |
| vs. | Case No.: 2-12-cr-00309 JAM |
| **JESUS BRUCE**, | **STIPULATION AND ORDER RESETTING SENTENCING HEARING FOR DEFENDANT JESUS BRUCE** |
| Defendant. | |
| | Hon. John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Jesus Bruce, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing sentencing date in the above-entitled case, November 3, 2015, and to continue the matter to February 2, 2016, at 9:15 a.m.

1

Accordingly, the parties request the Court to adopt this stipulation.

Dated: October 19, 2015

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
JESUS BRUCE

/s/Hayes H. Gable III for
JASON HITT
Assistant United States Attorney

## ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The judgment and sentencing hearing for defendant JESUS BRUCE on November 3, 2015, is VACATED; and,
2. Judgment and sentencing for defendant BRUCE is reset for February 2, 2016 at 9:15 a.m.

IT IS SO ORDERED.

Date: 10/19/2015                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge