HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile:  (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
JESUS BRUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>            Plaintiff,<br><br>vs.<br><br>**JESUS BRUCE**,<br><br>            Defendant. | Case No.: 2:11-cr-00275 JAM<br><br>Case No.: 2-12-cr-00309 JAM<br><br>**STIPULATION AND  ORDER RESETTING SENTENCING HEARING FOR DEFENDANT JESUS BRUCE**<br><br>Hon. John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Jesus Bruce, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing sentencing date in the above-entitled case, March 21, 2017, and to continue the matter to April 18, 2017, at 9:15 a.m.

1

Accordingly, the parties request the Court to adopt this stipulation.

Dated: March 17, 2017

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
JJESUS BRUCE


/s/Hayes H. Gable III for
JASON HITT
Assistant United States Attorney


**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The judgment and sentencing hearing for defendant JESUS BRUCE on March 21, 2017, is VACATED; and,
2. Judgment and sentencing for defendant BRUCE is reset for April 18, 2017, at 9:15 a.m.

IT IS SO ORDERED.

Date: 3/17/2017                     /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge

2